UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LA MESA, SGT. KEITH SEARS, OFFICER SCOTT HILDEBRAND, OFFICER MATTHEW GAY, OFFICER JENNIFER McNAMARA, OFFICER KATHERINE LYNCH, OFFICER TIMOTHY TARBUCK, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  07cv1080 JAH (RBB)<br><br>**ORDER FOR DISMISSAL OF CITY OF LA MESA, SGT. KEITH SEARS, OFFICER SCOTT HILDEBRAND, OFFICER MATTHEW GAY, OFFICER JENNIFER McNAMARA, OFFICER KATHERINE LYNCH, OFFICER TIMOTHY TARBUCK**<br><br>**[DISMISSAL OF ENTIRE ACTION]** |

**IT IS HEREBY ORDERED:**

Pursuant to the joint motion to dismiss and stipulation for dismissal all claims against the City of La Mesa, Sgt. Keith Sears, Officer Scott Hildebrand, Officer Matthew Gay, Officer Jennifer Mcnamara, Officer Katherine Lynch, Officer Timothy Tarbuck are dismissed with prejudice.

DATED: December 30, 2008

_____
JOHN A. HOUSTON
United States District Judge